Filed 10/8/14  P. v. Campbell CA3

<u>NOT</u> <u>TO</u> <u>BE</u> <u>PUBLISHED</u>

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

THIRD APPELLATE DISTRICT

(Butte)

----

| | |
|---|---|
| THE PEOPLE, | C075390 |
| Plaintiff and Respondent, | (Super. Ct. No. CM039141) |
| v. | |
| STEVEN CAMPBELL, | |
| Defendant and Appellant. | |

This case comes to us pursuant to *People v. Wende* (1979) 25 Cal.3d 436 (*Wende*), which requires this court to conduct a review of the entire record to determine whether there are any issues that arguably might benefit defendant on his appeal, and *People v. Kelly* (2006) 40 Cal.4th 106, 110, 124, pursuant to which we must provide a summary of the offenses and the proceedings in the trial court.  Finding no such issues that might benefit defendant, we shall affirm the judgment.

Pursuant to a negotiated disposition, defendant Steven Campbell pleaded guilty to count 1, corporal injury on a cohabitant (Pen. Code, § 273.5, subd. (a)), and count 2, false imprisonment by violence (Pen. Code, § 236).  The court sentenced defendant to state

1

prison for four years eight months, consisting of four years for count 1 and a consecutive eight months for count 2. The court awarded defendant 221 days of presentence custody credits (111 actual and 110 conduct). The court also imposed restitution fines of $280 in accordance with Penal Code sections 1202.4, subd. (b) and 1202.45, and other fines and fees as set forth in the abstract of judgment. Defendant was ordered to pay victim restitution of $1,249.91.

## Factual Basis for the Pleas

Defendant stipulated that the factual basis for the pleas could be taken from the probation officer's report. That report states that on July 4, 2013, defendant informed the victim, his cohabitant and the mother of their two-year-old child, that she was to move out by the end of the day but she could not take the child. They argued and the victim called 911. While the victim was speaking with the 911 operator, defendant grabbed the victim, covered her mouth, and took the phone from her and threw it, causing the phone to break. Defendant called for his "large dog" to attack the victim, and the dog bit her arm. After the victim freed herself from the dog, defendant slapped her across the face. A deputy sheriff dispatched to defendant's residence observed puncture marks on the victim's right arm, which was bleeding and swollen. The victim also had a cut lip.

## Discussion

Appointed counsel has filed an opening brief that sets forth the facts of the case and requests this court to review the record and determine whether there are any arguable issues on appeal. (*Wende, supra,* 25 Cal.3d 436.) Defendant was advised by counsel of the right to file a supplemental brief within 30 days of the date of filing of the opening brief. More than 30 days have elapsed, and we have received no communication from defendant. We have undertaken an examination of the entire record and find no arguable error that would result in a disposition more favorable to defendant.

## DISPOSITION

The judgment is affirmed.

2

_____RAYE_____, P. J.


We concur:



_____NICHOLSON\_\_\_\_\_, J.



_____HOCH_____, J.